# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALICIA J. WEISS and PHILIP PARISI** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **FRIEDMAN REALTY GROUP, INC., d/b/a** | : | |
| **WILLOWYCK APARTMENTS,** | : | |
| **FLEURCO-US, INC. and MATADOR** | : | |
| **CONTRACTORS, LLC** | : | **NO. 20-3671** |

## ORDER

**NOW,** this 11th day of September, 2020, upon consideration of the Notice of Removal (Document No. 1) and the plaintiff's complaint, it is **ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.